# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00936-LJO-SAB<br><br>ORDER STRIKING OBJECTIONS TO ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND<br><br>(ECF No. 9)<br><br>THIRTY DAY DEADLINE |

Plaintiff Jared M. Villery, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2015.  On July 8, 2015, Plaintiff's complaint was screened and an order issued dismissing the complaint for failure to comply with the Federal Rules of Civil Procedure.  Plaintiff filed an unsigned objection to the order on July 28, 2015.

Unsigned documents cannot be considered by the Court, and Plaintiff's objection is HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff shall file an amended complaint within thirty (30) days from the date of service of this order.  The failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated:  **July 29, 2015**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1