1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 JARED VILLERY,                              ) Case No.: 1:15-cv-00936-LJO-SAB (PC)
                                             )
12         Plaintiff,                        ) ORDER FINDING SERVICE OF COMPLAINT
                                             ) APPROPRIATE AS TO DEFENDANTS
13     v.                                    ) RODRIGUEZ, LINDSEY, GRANILLO, DAGAMA,
                                             ) STEWART, AND MILLER FOR RETALIATION
14 EDWARD GARCIA, et al.,                    ) AND DISMISSING ALL OTHER CLAIMS AND
                                             ) DEFENDANTS FOR FAILURE TO STATE A
15         Defendants.                       ) COGNIZABLE CLAIM FOR RELIEF
                                             )
16 _____ ) [ECF Nos. 13, 14, 15]

17         Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action

18 pursuant to 42 U.S.C. § 1983.

19         On October 21, 2015, the Court screened Plaintiff's first amended complaint and found that

20 Plaintiff stated a cognizable retaliation claim against Defendants George Rodriguez, Bryan Lindsey,

21 Edward Granillo, Brian Dagama, David Stewart and Ryan Miller. (ECF No. 14.)  The Court found that

22 Plaintiff failed to state any other cognizable claims for relief.  (Id.)  The Court directed Plaintiff to file

23 a second amended complaint or notify the Court of his intent to proceed on the claim found to be

24 cognizable.  (Id.)

25         On November 2, 2015, Plaintiff notified the Court of his intent to proceed only on the

26 retaliation claim against Defendants George Rodriguez, Bryan Lindsey, Edward Granillo, Brian

27 Dagama, David Stewart, and Ryan Miller and dismiss all other claims and defendants from the action

28 for failure to state a cognizable claim for relief.  (ECF No. 15.)

1

Accordingly, IT IS HEREBY ORDERED that:

1.  This action shall proceed on Plaintiff's claim of retaliation against Defendants George Rodriguez, Bryan Lindsey, Edward Granillo, Brian Dagama, David Stewart, and Ryan Miller;

2.  All other claims and Defendants are DISMISSED from the action for failure to state a cognizable claim for relief; and

3.  The matter is referred back to the Magistrate Judge for initiation of service of process by the United States marshal.

**IT IS SO ORDERED**
**Dated: November 3, 2015**

                    **/s/ Lawrence J. O'Neill**
                    **United States District Judge**