UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>         Plaintiff,<br><br>    v.<br><br>EDWARD GARCIA, et al.,<br><br>         Defendants. | Case No.: 1:15-cv-00936-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS RODRIGUEZ, LINDSEY AND GRANILLO<br><br>[ECF Nos. 26, 28] |

Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants George Rodriguez, Bryan Lindsey, Edward Granillo, Brian Da Gama, David Stewart and Ryan Miller for retaliation in violation of the First Amendment.

On February 2, 2016, Defendants Da Gama, Miller, and Stewart filed an answer to the complaint by and through counsel Danielle R. Hemple.  (ECF No. 24.)

On February 4, 2016, the Court issued the discovery and scheduling order.  (ECF No. 26.)

After receiving an extension of time, Defendants Rodriguez, Lindsey and Granillo filed an answer to the complaint on March 3, 2016.  (ECF No. 28.)

///

///

1

Inasmuch as Defendants Rodriguez, Lindsey and Granillo filed an answer to the complaint after the issuance of the discovery and scheduling order, the February 4, 2016, order is extended and made applicable these Defendants and all provisions set forth therein remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 4, 2016**

UNITED STATES MAGISTRATE JUDGE