UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD GARCIA, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-00936-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 31] |

Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the deadline to file an exhaustion-related motion for summary judgment, filed May 4, 2016. Defendants Brian Da Gama, Ryan Miller and David Stewart are represented to Deputy Attorney General, Danielle R. Hemple. Defendants George Rodriguez, Bryan Lindsey and Edward Granillo are represented by Susan E. Coleman and Mitchell A. Wrosch. Defendants Da Gama, Miller and Stewart request to extend the deadline from May 4, 2016, to October 4, 2016 (discovery deadline), to file an exhaustion-related motion. Defendants seek the extension in order to use "information obtained during the discovery period to fully evaluate the exhaustion affirmative defense and to raise it in a properly supported motion for summary judgment, if appropriate." (ECF No. 31, Mot. at 3.) Defendants specifically seek to take Plaintiff's deposition which counsel indicates to take prior to the discovery deadline.

1

1. Defendants Rodriguez, Lindsey and Granillo filed a partial motion for summary judgment based on Plaintiff's failure to exhaust the administrative remedies on May 4, 2016-the deadline to file such motion.  (ECF No. 33.)

In consideration of judicial efficiency, the Court finds an extension of 60 days for Defendants Da Gama, Miller and Stewart to file an exhaustion-related motion for summary judgment is sufficient in this case.  Accordingly, on the basis of good cause, Defendants Da Gama, Miller and Stewart are GRANTED to and including **July 5, 2016**, to file an exhaustion-related motion.

IT IS SO ORDERED.

Dated:   **May 5, 2016**

UNITED STATES MAGISTRATE JUDGE