# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD GARCIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00936-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 33, 45] |

Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 17, 2016, Defendants filed a request to withdraw their motion for summary judgment filed on May 4, 2016.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants' request to withdraw their motion for summary judgment filed on May 4, 2016, is GRANTED.

IT IS SO ORDERED.

Dated:  **June 20, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1