# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD GARCIA, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00936-LJO-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE TIME TO FILE AN EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 53] |

    Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is the parties' stipulation to extend the time to file an exhaustion-related motion for summary judgment, filed July 18, 2016.

    Good cause having been presented to the Court, the parties' stipulation is HEREBY APPROVED, and Defendants' deadline to file a motion for summary judgment regarding exhaustion of the administrative remedies is extended to September 1, 2016.

IT IS SO ORDERED.

Dated: **July 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1