UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD GARCIA, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00936-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION, FILED APRIL 21, 2017<br><br>[ECF No. 71] |

Plaintiff Jared Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants George Rodriguez, Bryan Lindsey, Edward Granillo, Brian Dagama, and David Stewart for retaliation in violation of the First Amendment.[1] The case is currently set for jury trial before the undersigned on August 1, 2017.

Pursuant to the Court's February 7, 2017, second scheduling order, Plaintiff was required to file a pretrial statement on or before April 14, 2017. Plaintiff has not filed a pretrial statement; however, on April 21, 2017, Plaintiff filed a motion for an emergency continuance and an order under the All Writs Act. (ECF No. 71.)

---

[1] Defendants George Rodriguez, Bryan Lindsey, and Edward Granillo are represented by the law firm of Burke, Williams & Sorensen, and Defendants Brian Dagama and David Stewart are represented by the Office of the Attorney General.

1

Plaintiff contends that he is presently in the mental health crisis bed unit and has been transferred to the California Healthcare Facility.  Because of the applicable regulations, Plaintiff contends that he does not have access to his legal property in order to prosecute this action.  Based on Plaintiff's allegations the Court hereby directs Defendants to file a response to Plaintiff's motion within **ten (10)** days from the date of service of this order.  PRIOR TO RESPONDING, COUNSEL FOR THE DEFENDANTS IS TO CONFIRM WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS THE ACCURACY OF THIS REPRESENTATION BY THE PLAINTIFF. In light of this order, the parties deadlines to file pretrial statements are vacated and will be re-set after the instant motion is addressed and resolved.

IT IS SO ORDERED.

Dated: **April 24, 2017**         /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE